Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
Shannon R. Borden, Esq., Bar No. 15180
Email: srb@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Defendant Global Equity Holdings, Inc.*

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CESAR Z. MARAVILLA,<br><br>                               Plaintiff,<br><br>v.<br><br>GLOBAL  EQUITY  HOLDINGS,  INC.  dba<br>COLLECT SOURCE,<br><br>                               Defendant. | Case No. 2:19-cv-01256-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER PERMITTING LIMITED DEPOSITIONS FOLLOWING THE CLOSE OF DISCOVERY** |

Plaintiff Cesar Z. Maravilla ("Plaintiff"), by and through his counsel of record, David H. Krieger, Esq. of Krieger Law Group, LLC and Charles L. Geisendorf, Esq. of Charles L. Geisendorf, Ltd. and Defendant Global Equity Holdings, Inc. dba Collect Source ("Defendant"), by and through its counsel of record, Jarrod L. Rickard, Esq. of Semenza Kircher Rickard, hereby file this Stipulation and Proposed Order Permitting Limited Depositions Following the Close of Discovery.

///

///

1

### A.    Discovery That Remains to be Completed.

Defendant's corporate designee's deposition and Plaintiff's deposition were previously noticed during the discovery period.  The parties previously agreed to vacate these deposition dates and continue the discovery deadline by 60 days to engage in what they hoped will be productive settlement discussions.  The parties agreed that in the event the case did not settle, the Defendant's deposition must take place before Plaintiff's and the parties reserve their rights to raise any discovery deficiencies and move to compel as needed consistent with LR 26-7 should the need arise.

### B.    Reasons for the Stipulation.

The parties have been unable to reach a settlement but are still talking.  However, the parties do not believe an additional discovery extension is necessary at this time as the only discovery remaining is the two previously noticed depositions.  As such, the parties submit this stipulation in order to confirm their agreement that these depositions may occur outside the current discovery deadline.  The parties reserve their rights to raise any discovery deficiencies and move to compel as needed consistent with LR 26-7 should the need arise.  Additionally, the parties reserve their rights to seek an extension of the formal discovery period should they believe it is warranted.

///
///
///
///
///
///
///
///
///
///
///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Should the Court prefer to continue the discovery deadline, the parties have no objection.

The parties request formal approval of their stipulation.

DATED this 7th day of August, 2020.        DATED this 7th day of August, 2020.

KRIEGER LAW GROUP, LLC                     CHARLES L. GEISENDORF, LTD.

*/s/ David H. Krieger*                      */s/ Charles L. Geisendorf*
David H. Krieger, Bar No. 9086             Charles L. Geisendorf, Bar No. 6985
2850 W. Horizon Ridge Parkway              2470 St. Rose Parkway, Suite 309
Suite 200                                   Henderson, Nevada 89074
Henderson, Nevada 89052

*Attorneys for Plaintiff Cesar Z. Maravilla*        *Attorneys for Plaintiff Cesar Z. Maravilla*


DATED this 7th day of August, 2020.

SEMENZA KIRCHER RICKARD

*/s/ Jarrod L. Rickard*
Lawrence J. Semenza, III, Bar No. 7174
Christopher D. Kircher, Bar No. 11176
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
Shannon R. Borden, Bar No. 15180
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Global Equity*
*Holdings, Inc. dba Collect Source*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___August 10, 2020_____

*SEMENZA KIRCHER RICKARD*
*10161 Park Run Drive, Suite 150*
*Las Vegas, Nevada 89145*
*Telephone: (702) 835-6803*