David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
CHARLES L. GEISENDORF, LTD
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Phone: (702) 873-5868
Email: charles@clgltd.com

Attorneys for Plaintiff,
CESAR Z. MARAVILLA

### IN THE UNITED STATES DISCTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CESAR Z. MARAVILLA,<br>          Plaintiff,<br>v.<br>GLOBAL EQUITY HOLDINGS, INC. dba COLLECT SOURCE,<br><br>          Defendant. | Case No. 2:19-cv-01256-GMN-DJA<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

### STIPULATION

Plaintiff Cesar Z. Maravilla and Defendant Global Equity Holdings, Inc. dba Collect Source (Collect Source) hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 15, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jarrod L. Rickard, Esq.<br>Jarrod L. Rickard<br>Nevada Bar No. 10203<br>SEMENZA KIRCHER RICKARD<br>10161 Park Run Dr<br>Suite 150<br>Las Vegas, Nevada 89145<br>*Attorney for Defendant* |
|---|---|---|---|

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this  15   day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT